**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

JABBAR MUHAMMAD WILLIAMS,

    Plaintiff,

v.

DISTRICT ATTORNEY MEG HEAP; JUDGE MICHAEL KARPF; JUDGE CLAIRE WILLIAMS; AGENT HERBERT HARLEY; ASSISTANT D.A. IAN HEAP; ASSISTANT D.A. NOAH ABRAMS; ATTORNEY JAMES BYRNE; ATTORNEY MARTIN HILLARD; ATTORNEY STEVEN SPARGER; ATTORNEY COURTNEY LERCH; ATTORNEY GILBERT STACY; FBI AGENT CHRIS BLAIR; 13 UNKNOWN POLICE OFFICERS; ATTORNEY MICHAEL SCHIAVONE; DEPUTY DIRECTOR IZZO; LT. GEORGE GUNDICH; ASSISTANT D.A. BRIAN CAASEY; JUDGE PENNY HAAS FREESEMANN; ALFONSO HABERSHAM; AL ST. LAWRENCE ESTATE; COURT ADMINISTRATOR CRYSTAL TAYLOR COOPER; ATTORNEY JENNIFER BURNS; JUDGE JAMES BASS; DEPUTY CLERK KATHY BERMAN; DEPUTY CLERK CYNTHIA GROOVER; JUDGE JOHN MORSE; OFFICER SHERRY CONAWAY; CLERK OF COURT DAN MASSEY; CLERK OF COURT TAMMIE STOKES; CHATHAM COUNTY MAN. LEE SMITH; CLERK OF SUPREME COURT OF GEORGIA; CLERK OF APPEAL CT. STEVE E. CASTLEN; GOVERNOR OF GEORGIA NATHAN DEAL; ATTORNEY GENERAL CHRISTOPHER M. CARR; SUPREME COURT JUSTICES; GOVERNOR BRIAN KEMP; SAVANNAH CITY MAN. TOM HERNANDEZ; P.O. PLEAZE WILLIAMS; P.O. DUNHAM; MALISSA KOLNE; MAYOR EDDIE

CIVIL ACTION NO.: 4:19-cv-61

DELOACH; MAYOR EDNA JACKSON;
SHERRON DAVIS; ROBYN CRITTENDEN;
MRS. CARRIE; SHERIFF JOHN WILCHER;
and SPD OFFICER SHERRY CONAWAY,

    Defendants.

# O R D E R

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's April 19, 2019 Report and Recommendation, (doc. 5), to which the parties have not filed any objections. Accordingly, Court **ADOPTS** the Report and Recommendation as the opinion of the Court. The Court **DISMISSES** this action **WITHOUT PREJUDICE** and **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 10th day of May, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA