# United States District Court
## Southern District of Georgia

JABBAR MUHAMMAD ALI WILLIAMS,

Plaintiff,

v.

DISTRICT ATTORNEY MEG HEAP, et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:19-cv-61

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated May 10, 2019, adopting the U.S. Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing the case without prejudice. This case stands closed.

Approved by: _____

May 15, 2019
Date

Scott L. Poff
Clerk

_____
(By) Deputy Clerk